AO 245D (Rev. 11/16) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT

Western District of Arkansas

UNITED STATES OF AMERICA
v.

NICHOLAS BROWN

**Judgment in a Criminal Case**
(For **Revocation** of Probation or Supervised Release)

Case No. 5:20CR50051-001

USM No. 07189-509

Joe Alfaro
Defendant's Attorney

**THE DEFENDANT:**

☒ admitted guilt to violation of condition(s): 1 of the term of supervision.

☐ was found in violation of condition(s) count(s) ______ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Mandatory Condition #1: New Law Violation | 05/06/2026 |

The defendant is sentenced as provided in pages 2 through 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) ______ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.: 1288

Defendant's Year of Birth: 1980

City and State of Defendant's Residence:
Wynne, Arkansas

August 19, 2026
Date of Imposition of Judgment

Signature of Judge

Honorable Timothy L. Brooks, Chief United States District Judge
Name and Title of Judge

August 21, 2026
Date

DEFENDANT: NICHOLAS BROWN
CASE NUMBER: 5:20CR50051-001

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of:
**Eighteen (18) months imprisonment. The sentence is to run consecutive to the sentence imposed in Cross County Circuit Court Case Number 19CR-26-189, and any other term of incarceration the defendant may serve on another state sentence. There is no term of supervised release to follow.**

The court makes the following recommendations to the Bureau of Prisons:

☒ **The defendant be designated to FCI Memphis**

**The defendant be evaluated for substance abuse treatment.**

**The defendant be evaluated for any underlying mental health conditions and receive anger management treatment.**

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

- ☐ at ____________ ☐ a.m. ☐ p.m. on ____________
- ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

- ☐ before 2 p.m. on ____________ .
- ☐ as notified by the United States Marshal.
- ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

______________________________________________

______________________________________________

______________________________________________

Defendant delivered on ____________ to ____________

at ____________ with a certified copy of this judgment.

______________________________
UNITED STATES MARSHAL

By ______________________________
DEPUTY UNITED STATES MARSHAL